Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT



for the
Middle District of Florida

### Orlando Division

| | | |
|---|---|---|
| Lenorris E. Hardy, Sr., | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) ) ) | |
| Hyatt Place/GM Tammy Kohl and FOM Valerie Savini | ) ) ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lenorris E. Hardy |
| Street Address | 2922 Paddington Way |
| City and County | Kissimmee |
| State and Zip Code | Florida 34747 |
| Telephone Number | 321-213-0349 |
| E-mail Address | norrishardyii@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.        The Defendant(s)** 2023 AUG -9 PM 4:59

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tammy Kohl |
| Job or Title (if known) | General Manager |
| Street Address | 8688 Palm Parkway |
| City and County | Orlando Orange |
| State and Zip Code | Florida 32836 |
| Telephone Number | 407-778-5500 |
| E-mail Address (if known) | tammy.kohl@hyatt.com |

Defendant No. 2

| | |
|---|---|
| Name | Valerie Savini |
| Job or Title (if known) | Front Desk Manager |
| Street Address | 8688 Palm Parkway |
| City and County | Orlando Ornage |
| State and Zip Code | Florida 32836 |
| Telephone Number | 407-778-5500 |
| E-mail Address (if known) | valerie.savini@hyatt.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number

E-mail Address (if known) 2023 AUG -9 PM 4: 59

US DISTRICT COURT
C.      **Place of Employment** DISTRICT OF FLORIDA
ORLANDO, FLORIDA

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Hyatt Place |
| Street Address | 8688 Palm Parkway |
| City and County | Orlando |
| State and Zip Code | Florida 32836 |
| Telephone Number | 407-778-5500 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒       Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒       Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐       Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Other federal law *(specify the federal law)*:

_____

☐       Relevant state law *(specify, if known)*:

_____

☐       Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim    2023 AUG -9 PM 4: 59

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☒    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☐    Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

December 2022, and March 2023

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☒    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race    Being one of the only blacks at job, being one of the best front desk agents and being voiceful on injustice. MGMT had an issue with my race being black and one of the best.

☒    color    Being on of the only blacks at employment, being one of the best front agents MGMT had an issue with my color being one of the only blacks at the front desk.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

☐ gender/sex  One of the only male employee and was considered the best. MGMT had an issue with my gender being a black male

2023 AUG -9 PM 4: 59
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

☐ religion

☐ national origin

☒ age *(year of birth)*    1963    *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

On August 4, 2022, Hyatt Place hired Plaintiff as a full time front desk agent. On and about November, 2022 they hired the current Front Desk Manager Valerie Savini with no hotel or hotel managerial experiences prior to her hire on and about Feb 2022. Ms Savini was hired with her sister also as a front desk agent and her mother as a housekeeper. Defendant Savini and her family were new immigrants working toward citizenship. Majority of the hotel's eimployees consist of immigrants that had just arrived in the United States at this time. Management failed to offer position to Plaintiff knowing he had over 10 years of experience at the front desk, and qualified years with hotel managerial experiences. On and about March 2023, defendant, Savini fabricated statements against the Plaintiff to cause him severe harm and to cause him to resign, and defendant, GM Kohl upheld such fabrication and unfair treatments against Plaintiff by other employess.. Defendant, Savini stated that Plaintiff requested two days from his scheduled be removed permanantly in the meeting dated on and about March 7, 2023. Both defendants knew that was a false and malicious statement to cause harm. Defendants wanted plaintiff out by any means necessary. Plaintiff requested time off to prevent inconveniences on future schedule unitl EEOC investigatioin or until his notice to sue was obtained. On April 11, 2023, the defendant's terminated Plaintiff for no call /no show.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    5/11/2023    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.        Only litigants alleging age discrimination must answer this question.

2023 AUG -9  PM 4: 59

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

☒        60 days or more have elapsed.

☐        less than 60 days have elapsed.

# V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plainitiff seek emotional damages, monetary damages, and punitive damages in the amount $150, 000.00 or any amount that this Court deems appropriate.

# VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        8/09/2023

Signature of Plaintiff    *Lenorris E. Hardy*

Printed Name of Plaintiff    Lenorris E. Hardy, Sr.,

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.**      For Attorneys 2023 AUG -9  PM 4: 59

US DISTRICT COURT
Date of signing MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| **Signature of Attorney** | _____ |
| **Printed Name of Attorney** | _____ |
| **Bar Number** | _____ |
| **Name of Law Firm** | _____ |
| **Street Address** | _____ |
| **State and Zip Code** | _____ |
| **Telephone Number** | _____ |
| **E-mail Address** | _____ |